JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BENJAMIN BRAYFIELD,<br><br>     Plaintiff,<br><br>  v.<br><br>ADVANCED HAIR RESTORATION, LLC,<br><br>     Defendant. | Case № 2:25-cv-11547-ODW (ASx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.      Plaintiff shall recover nothing from Defendant;

2.      Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

July 24, 2026

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**